UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich, Bryan Harris, Armando J. Ybarra, and John E. L'Heureux**<br><br>            Plaintiffs,<br>    v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN**<br>      and<br>**THE IRANIAN MINISTRY OF INFORMATION AND SECURITY**<br><br>            Defendants. | Civil Action No. 1:06cv00596 (RCL) |

### ORDER ENLARGING TIME FOR SERVICE OF SUMMONS AND COMPLAINT, AND NOTICE OF SUIT ON FOREIGN DEFENDANTS

Upon consideration of plaintiffs' motion for an order authorizing service of the summons and complaint through diplomatic channels, it is, this ____ day of _____, 2006,

ORDERED that plaintiffs shall be allowed 120 days from the date of this order, pursuant to Fed.R.Civ.P. 4(m), to attempt service of the summons, complaint, and related documents upon the foreign defendants, which time may be enlarged upon further motion for good cause shown.

IT IS SO ORDERED.

_____          _____
                                                                  UNITED STATES DISTRICT JUDGE

Copy to:
John W. Karr
Theodore S. Allison
KARR & ALLISON, P.C.
1920 N Street, N.W.   Suite 300
Washington, DC 20036