<u>**Murphy, et al. v. Islamic Republic of Iran**</u>

Civil Action No. 1:06cv00596 (RCL)

**Appendix to Affidavit Requesting Foreign Mailing**

**Counsel for plaintiffs will file physical copies with the Clerk of the Court, for mailing to foreign defendants, of the following:**

Summons (English and Farsi)

Complaint (English and Farsi)

Notice of Suit (English and Farsi)

Registered Mail Cards


John W. Karr
Theodore S. Allison
KARR & ALLISON, P.C.
1920 N Street, N.W.   Suite 300
Washington, DC 20036

(202) 331-7600