CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Elizabeth Murphy, Bryan Harris, et al.
_____
Plaintiff(s)

vs.                                                                  Civil Action No.: 1:06cv00596 RCL

Islamic Republic of Iran, et. al.
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

✓ Islamic Republic of Iran, c/o Ministry of Foreign Affairs, Ebn e Sina Street, Emam Khomeini Square, Tehran, Iran;

Iranian Ministry of Information and Security, Pasdaran Avenue, Gelestan Yekom, Tehran, Iran

by: (check one)   ☑ registered mail, return receipt requested
                  ☐ DHL

pursuant to the provisions of: (check one)
                  ☐ FRCP 4(f)(2)(C)(ii)
                  ☑ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Iran, which has not formally objected to mail service, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Theodore S. Allison (D.C.Bar #441089)
Karr & Allison, P.C.
1920 "N" St., N.W., Suite 300
Washington, DC 20036   (202) 331-7600

(Name and Address)

**RECEIVED**
JUL - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT