UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH MURPHY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-596 (RCL) |
| THE ISLAMIC REPUBLIC ) | |
| OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiffs' motion [3] for an order authorizing service of the summons and complaint through diplomatic channels, it is hereby

ORDERED that plaintiffs' motion [3] is GRANTED; and it is further

ORDERED that plaintiffs shall be allowed 120 days from the date of this order, pursuant to Fed. R. Civ. P. 4(m), to attempt service of the summons, complaint, and related documents upon the foreign defendants, which time may be enlarged upon further motion for good cause shown.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 20, 2006.