# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich, Bryan Harris, Armando J. Ybarra, and John E. L'Heureux,**<br><br>      Plaintiffs,<br>  v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN** and **THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,**<br><br>      Defendants. | Civil Action No. 1:06CV00596 (RCL) |

## NOTICE OF FILING RECEIPTS FOR REGISTERED MAILING OF COMPLAINT AND NOTICE OF SUIT, ON FOREIGN DEFENDANTS

Plaintiffs file herewith the Receipts for Registered Mail for the summons, complaint, and notice of suit, served on the Islamic Republic of Iran and the Iranian Ministry of Information and Security on July 25, 2006.

Respecfully submitted,

_____
Theodore S. Allison   #441089
KARR & ALLISON, P.C.
1920 N Street, N.W.   Suite 300
Washington, DC 20036

Telephone  202-331-7600

Attorneys for plaintiffs