**Receipt 1:**

Registered No. RB843315145US

Reg. Fee: $7.90
Handling Charge: $0.00
Postage: $8.05
Special Delivery: 
Return Receipt: $1.85
Restricted Delivery: $0.00

Date Stamp: 0281 11 07/25/2006

Customer Must Declare Full Value: $0.00
Without Postal Insurance

FROM: CLERK'S OFC. U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

TO: ISLAMIC REPUBLIC OF IRAN C/O
MINISTRY OF FOREIGN AFFAIRS
EBN E SINA STREET
EMAM KHOMEINI SQUARE
TEHRAN, IRAN
IR Iran

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

**Receipt 2:**

Registered No. RB843315131US

Reg. Fee: $7.90
Handling Charge: $0.00
Postage: $8.05
Special Delivery:
Return Receipt: $1.85
Restricted Delivery: $0.00

Date Stamp: 0281 11 07/25/2006

Customer Must Declare Full Value: $0.00
Without Postal Insurance

FROM: CLERK'S OFC — U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

TO: IRANIAN MINISTRY OF INFORMATION AND SECURITY
PASDARAN AVENUE
GOLESTAN YEKOM
TEHRAN, IRAN
IR Iran

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)