CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELIZABETH MURPHY
_____
Plaintiff(s)

vs.

Civil Action No.: 06-596 (RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __25th__ day of _____July_____, 20 _06_, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).


NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

| Registered No. RB843315145US | | Date Stamp |
|---|---|---|
| RB 843 315 145 US | | |

**To Be Completed By Post Office**

| Reg. Fee $ | $7.90 | Special Delivery $ | | 0281 |
|---|---|---|---|---|
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 | 11 |
| Postage $ | $8.05 | Restricted Delivery $ | $0.00 | 07/25/2006 |
| Received by | | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: CLERK'S OFC. - U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

TO: ISLAMIC REPUBLIC OF IRAN C/O MINISTRY OF FOREIGN AFFAIRS
EBN E SINA STREET
EMAM KHOMEINI SQUARE
TEHRAN, IRAN
IR Iran

PS Form **3806**, February 1995   **Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*

---

| Registered No. RB843315131US | | Date Stamp |
|---|---|---|
| RB 843 315 131 US | | |

**To Be Completed By Post Office**

| Reg. Fee $ | $7.90 | Special Delivery $ | | 0281 |
|---|---|---|---|---|
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 | 11 |
| Postage $ | $8.05 | Restricted Delivery $ | $0.00 | 07/25/2006 |
| Received by | | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: CLERK'S OFC - U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

TO: IRANIAN MINISTRY OF INFORMATION AND SECURITY
PASDARAN AVENUE
GOLESTAN YEKOM
TEHRAN, IRAN
IR Iran

PS Form **3806**, February 1995   **Receipt for Registered Mail**   *(Customer Copy)*
*(See Information on Reverse)*