UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Elizabeth Murphy, individually and as
Administratrix of the Estate of Terrence
Rich, Bryan Harris, Armando J. Ybarra,
and John E. L'Heureux,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN
and THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY,

    Defendants.

Civil Action No. 1:06CV00596 (RCL)

### NOTICE OF FILING RECEIPTS FOR REGISTERED MAILING OF COMPLAINT AND NOTICE OF SUIT, ON FOREIGN DEFENDANTS

Plaintiffs file herewith the Receipts for Registered Mail for the summons, complaint, and notice of suit, served on the Islamic Republic of Iran and the Iranian Ministry of Information and Security on July 25, 2006.

Respectfully submitted,

Theodore S. Allison  #441089
KARR & ALLISON, P.C.
1920 N Street, N.W.  Suite 300
Washington, DC 20036

Telephone 202-331-7600

Attorneys for plaintiffs

**Registered No.** RB 843 315 745 US

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | $ | 0281 |
| Handling Charge | $0.00 | Return Receipt | $1.85 | 11 |
| Postage | $8.05 | Restricted Delivery | $0.00 | 07/25/2006 |

Received by

Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** CLERK'S OFC. U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

**TO:** ISLAMIC REPUBLIC OF IRAN C/O MINISTRY OF FOREIGN AFFAIRS
EBN E SINA STREET
EMAM KHOMEINI SQUARE
TEHRAN, IRAN

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)

---

**Registered No.** RB 843 315 731 US

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $7.90 | Special Delivery | $ | 0281 |
| Handling Charge | $0.00 | Return Receipt | $1.85 | 11 |
| Postage | $8.05 | Restricted Delivery | $0.00 | 07/25/2006 |

Received by

Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**FROM:** CLERK'S OFC – U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001

**TO:** IRANIAN MINISTRY OF INFORMATION AND SECURITY
PASDARAN AVENUE
GELESTAN YEKOM
TEHRAN, IRAN

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)