UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich; Bryan Harris; Armando J. Ybarra;** and **John E. L'Heureux,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-596 (RCL) |
| **THE ISLAMIC REPUBLIC OF IRAN,** and **THE IRANIAN MINISTRY OF INFORMATION AND SECURITY** | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

THE COURT having considered the motion of plaintiffs for an order authorizing service of the summons and complaint and notice of suit, with translations into Farsi, on the defendants through diplomatic channels; and

IT APPEARING that neither of the defendants has responded to the summons, complaint and notice of suit served by Registered Mail pursuant to 28 U.S.C. §1608(a)(3) within 30 days, and that the conditions specified in 28 U.S.C. §1608(a)(1) and §1608(a)(2) are not present in this case; it is hereby

ORDERED that the Clerk of the Court shall serve process in this action upon the defendants in accordance with the provisions of 28 U.S.C. §1608(4) by service through diplomatic channels, by addressing and dispatching by certified mail, return receipt requested,

two copies each of the summons, complaint and notice of suit (prepared in accordance with 22 CFR §93.2), translated into Farsi, for each of the two defendants, as plaintiffs shall provide, to the Secretary of State of The United States of America, to the attention of Edward Betancourt, U.S. Department of State, Office of Policy Review & Interagency Liaison, SA-29 4th Floor, 2201 C Street, N.W., Washington, DC 20520 (or such other office as the U.S. Department of State may direct, by regulation or order, for such process), for service of those documents on defendants through diplomatic channels, pursuant to 28 U.S.C. §1608(a)(4).

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, September 26, 2006.