Clerk's Office
U.S. District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**United States Postal Service**
**REGISTERED MAIL**

RB 843 315 145 US

Label 200, July 1999                                    (102595) 99-M-1904

| Item Description (Nature de l'envoi) | Registered ☒ Article (Envoi recommandé) | Letter ☐ (Lettre) | Printed Matter ☐ (Imprimé) | Other ☐ (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RB 843 315 145 US | | |
| Office of Mailing (Bureau de dépôt) DNA Station DC Washington | | | | Date of Posting (Date de dépôt) 9-26-06 | | |

ISLAMIC REPUBLIC OF IRAN
c/o Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Tehran, Iran

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.

Signature of Addressee                    Office of Destination Employee Signature

PS Form 2865, February 1997 (Reverse)

06-596 (RCL)





RETURN RECEIPT REQUESTED




ISLAMIC REPUBLIC OF IRAN
c/o Ministry of Foreign Affairs
Ebn e Sina Street
Emam Khomeini Square
Tehran, Iran

RECEIVED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT