## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich; Bryan Harris; Armando J. Ybarra;** and **John E. L'Heureux**<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY**<br><br>　　　　　Defendants. | Civil Action No. 1:06CV00596 |

### ORDER ENLARGING TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND NOTICE OF SUIT THROUGH DIPLOMATIC CHANNELS

Upon consideration of plaintiffs' motion for an enlargement of time for service of the summons and complaint through diplomatic channels, it is, this ____ day of _____, 2006,

ORDERED, that time for service pursuant to Fed.R.Civ.P. 4 shall be enlarged by 90 days from the date of entry of this order, subject to any further motion to enlarge for good cause shown.

IT IS SO ORDERED.

Dated_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copy to:

John W. Karr
Theodore S. Allison
KARR & ALLISON, P.C.
1920 N Street, N.W.   Suite 300
Washington, DC 20036