UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Elizabeth Murphy**, individually and as Administratrix of the Estate of Terrence Rich; **Bryan Harris**; **Armando J. Ybarra;** and **John E. L'Heureux**, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 06-596 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY | ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**ORDER ENLARGING TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND NOTICE OF SUIT THROUGH DIPLOMATIC CHANNELS**

Upon consideration of plaintiffs' motion [13] for an enlargement of time for service of the summons and complaint through diplomatic channels, it is hereby

ORDERED that time for service pursuant to Rule 4 of the Federal Rules of Civil Procedure shall be enlarged by 90 days from the date of entry of this Order, subject to any further motion to enlarge for good cause shown.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 14, 2006.