CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MURPHY, et al.
_____
Plaintiff(s)

vs.

Civil Action No.: 06-596 (RCL)

THE ISLAMIC REPUBLIC OF IRAN
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __13th__ day of __October__, 20 __06__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DEPARTMENT OF STATE
EDWARD BETANCOURT, DIRECTOR
OFFICE OF POLICY REVIEW AND
INTERAGENCY LIAISON
OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVENUE, NW
FOURTH FLOOR
WASHINGTON, DC 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                 10-18-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0005 2677 6177

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20520

| | | |
|---|---|---|
| Postage | $5.00 | 0281 |
| Certified Fee | $2.40 | 13 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $9.25 | 10/13/2006 |

Sent To: U.S. DEPT. OF STATE EDWARD BETANCOURT/DIRECTOR
Street, Apt. No.; or PO Box No.: 2100 Pennsylvania Ave NW 4th Floor
City, State, ZIP+4: WASHINGTON DC 20520

7005 1160 0005 2677 6177

PS Form 3800, June 2002    See Reverse for Instructions

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich, Bryan Harris, Armando J. Ybarra, and John E. L'Heureux,<br><br>Plaintiffs,<br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,<br><br>Defendants. | Civil Action No. 1:06CV00596 (RCL) |

### NOTICE OF FILING RECEIPTS FOR REGISTERED MAILING OF COMPLAINT AND NOTICE OF SUIT, ON FOREIGN DEFENDANTS

Plaintiffs file herewith the Receipts for Registered Mail for the summons, complaint, and notice of suit, to Edward Betancourt, Office of Policy Review & Interagency Liaison, SA-29 4th Floor, 2201 C Street, N.W., Washington, DC 20520, for service through diplomatic channels on the Islamic Republic of Iran and the Iranian Ministry of Information and Security on October 13, 2006.

Respecfully submitted,

Theodore S. Allison   #441089
KARR & ALLISON, P.C.
1920 N Street, N.W.   Suite 300
Washington, DC 20036

Telephone  202-331-7600

Attorneys for plaintiffs

RECEIVED
NOV 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT