UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich, Bryan Harris, Armando J. Ybarra, and John E. L'Heureux,**<br><br>　　　　Plaintiffs,<br>　　v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN** and **THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,**<br><br>　　　　Defendants. | Civil Action No. 1:06CV00596 (RCL) |

**PLAINTIFFS' THIRD MOTION TO ENLARGE
TIME FOR SERVICE OF SUMMONS AND
COMPLAINT, AND NOTICE OF SUIT, ON FOREIGN DEFENDANTS**
F.R.C.P. 4(m), 28 U.S.C. §1608(a)

　　　Plaintiffs, by counsel, hereby move for an order allowing plaintiffs an additional 60 days to complete service through diplomatic channels, pursuant to 28 U.S.C. §1608(a)(4) (Foreign Sovereign Immunities Act), of the summons and complaint, the notice of suit, and translations of the same into Farsi (the official language of Iran).

　　　Plaintiffs obtained an order from the Court authorizing and directing service upon the defendants in accordance with the provisions of 28 U.S.C. §1608(4) by service through diplomatic channels.  Plaintiffs' counsel obtained the process and notices for service from the Clerk of the Court on or about October 10, 2006, obtained official checks for the necessary embassy fees, and mailed all such documents to the United States Department of State, by certified mail, on October 13, 2006.  On October 29, 2006, plaintiffs' counsel was advised by the responsible State Department official that service would require approximately six (6) weeks from that date.  It has now been approximately 90 days since service was commenced.

Plaintiff's counsel will continue to follow up with the State Department until a return of service in some form is received.

WHEREFORE, plaintiff respectfully requests that this motion be granted and that the Court allow plaintiffs 60 days from the date of the order on this motion, subject to any further enlargement for good cause shown, to effect service as requested, and, if necessary, service pursuant to 28 U.S.C. §1608(a)(4) (through diplomatic channels).

## MEMORANDUM OF LAW

Fed.R.Civ.P. 4(j) provides that service upon a foreign state be made pursuant to 28 U.S.C. §1608. That statute permits service by certified mail with return receipt, and if service cannot thereby be accomplished within 30 days, by service through diplomatic channels.

Fed.R.Civ.P. 4(m) expressly exempts "service in a foreign country pursuant to subdivision (f) or (j)(1)" from the 120 day time limit that applies to other modes of service.

This enlargement will result in no prejudice, because neither of the defendants, to plaintiffs' knowledge, has ever accepted or responded to the process of this Court in any form, including but not limited to the procedure of 28 U.S.C. §1608(a)(3) (return receipt mail), through diplomatic channels or otherwise.

Respecfully submitted,

KARR & ALLISON, P.C.
John W. Karr
Theodore S. Allison

_____/s/_____
Theodore S. Allison   #441089
1920 N Street, N.W.   Suite 300
Washington, DC 20036
Telephone  202-331-7600

Attorneys for plaintiffs