



**United States Department of State**

*Washington, D.C. 20520*

February 26, 2007

Ms. Nancy Mayer-Whittington
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

                                    **Re: Elizabeth Murphy, et al. v. The Islamic Republic of Iran, et al., Case Number 1:06CV00596**

Dear Ms. Mayer-Whittington:

       I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. 1608(a)(4), upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security as defendants in the above mentioned lawsuit.

       Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1004-IE and 1005-IE, dated January 7, 2007.

       While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

       I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

**RECEIVED**

FEB 2 8 2007

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

     Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                                      Sincerely,

                               William P. Fritzlen
                               Attorney Adviser
        Office of Policy Review and Interagency Liaison

Enclosures As Stated

    Cc:    John Karr
            Karr & Allison
            1920 N. Street. NW
            Suite 300
            Washington, DC 20036

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Rafaella MION
(Typed name of Official who executed the annexed document)

*[signature]*
(Signature of Consular Officer)

Dorothea-Maria ROSEN
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

January 22, 2007
(Date)



# EMBASSY OF SWITZERLAND

No. 1004-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Elizabeth Murphy, et al. v. The Islamic Republic of Iran, et al, Case Number 1:06CV00596, which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – January 07, 2007  (Day 17, 1385)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

I, Marco M. Kämpf, Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1004-IE dated January 07, 2007 and delivered to the Iranian Ministry of Foreign Affairs on January 07, 2007.



Marco M. Kämpf
Head of Foreign Interests Section

Tehran – January 07, 2007

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Marco K. Kämpf

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne            6.    the 16 January 2007

7. by Raffaella Mion
   functionary of the Swiss federal Chancellery

8. No  000250

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery





# EMBASSY OF SWITZERLAND

No. 1004-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Elizabeth Murphy, et al. v. The Islamic Republic of Iran, et al, Case Number 1:06CV00596, which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – January 07, 2007  (Day 17, 1385)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

ترجمه غیر رسمی

سفارت سوئیس

شماره IE- ۱۰۰۴

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی اقامه شده تحت عنوان الیزابت مورفی و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگری که تحت پرونده شماره ۰۶CV۰۰۵۹۶ :۱ در دادگاه بخش فدرال ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب مینماید . جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله یک فقره احضاریه و شکواییه را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

طبق قوانین مربوطه ایالات متحده آمریکا ، در دعاوی حقوقی طرف خوانده باید ظرف شصت روز از تاریخ ابلاغ احضاریه و شکواییه (که در این مورد تاریخ این یادداشت میباشد) جوابیه و یا اظهاریه دیگری در پاسخ آن تسلیم دارد ، در غیر اینصورت امکان دارد بدون آنکه فرصت ارائه مدارک و یا دفاعیه از طرف خود را یافته باشد حکم نهایی علیه وی صادر گردد . علیهذا این قسمت خواهشمند است احضاریه و شکواییه پیوست را جهت هرگونه اقدام لازم به منظور جلوگیری از صدور حکم غیابی ، به مقام ذی ربط دولت جمهوری اسلامی ایران ارسال دارند .

این قسمت علاوه بر احضاریه و شکواییه فوق الاشعار یک فقره اعلامیه دادخواهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد میدارد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ هفدهم دی ماه ۱۳۸۵ (۷ ژانویه ۲۰۰۷)



پیوست : ۱- احضاریه ، شکواییه ، اعلامیه دادخواهی
۲- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America   )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Rafaella MION_____
(Typed name of Official who executed the annexed document)


_____*Dorothea-Maria Rosen*_____
(Signature of Consular Officer)


_____Dorothea-Maria ROSEN_____
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


January 22, 2007
(Date)



# EMBASSY OF SWITZERLAND

No. 1005-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Elizabeth Murphy, et al. v. The Islamic Republic of Iran, et al, Case Number 1:06CV00596, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – January 07, 2007  (Day 17, 1385)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

I, Marco M. Kämpf, Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1005-IE dated January 07, 2007 and delivered to the Iranian Ministry of Foreign Affairs on January 07, 2007.



Marco M. Kämpf
Head of Foreign Interests Section

Tehran – January 07, 2007



### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. **Country:** SWISS CONFEDERATION

    **This public document**

2. **has been signed by**   Marco K. Kämpf

3. **acting in the capacity of officers**

4. **bears the seal/stamp of**

    Embassy of Switzerland US Interests Section Tehran

    **Certified**

5. **at Berne**          6.   the 16 January 2007

7. **by** Raffaella Mion
    **functionary of the Swiss federal Chancellery**

8. **No** 000251

9. **Seal/stamp:**              10. **Signature:**

    Swiss federal Chancellery



# EMBASSY OF SWITZERLAND

No. 1005-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Elizabeth Murphy, et al. v. The Islamic Republic of Iran, et al, Case Number 1:06CV00596, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of this document. This note constitutes transmittal of this document to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations



Tehran – January 07, 2007  (Day 17, 1385)

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

ترجمه غیر رسمی

سفارت سوئیس

شماره IE- ۱۰۰۵

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوی حقوقی اقامه شده تحت عنوان الیزابت مورفی و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر که تحت پرونده شماره ۰۶CV۰۰۵۹۶ : ۱ در دادگاه بخش فدرال ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب مینماید . وزارت اطلاعات و امنیت جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه فدرال ناحیه ای ایالات متحده بدینوسیله یک فقره احضاریه و شکوائیه را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

طبق قوانین مربوطه ایالات متحده آمریکا ، در دعاوی حقوقی طرف خوانده باید ظرف شصت روز از تاریخ ابلاغ احضاریه و شکوائیه ، که در این مورد تاریخ این یادداشت میباشد، جوابیه و یا اظهاریه دیگری در پاسخ آن تسلیم دارد ، در غیر اینصورت امکان دارد بدون آنکه فرصت ارائه مدارک و یا دفاعیه از طرف خود را یافته باشد حکم نهایی علیه وی صادر گردد . علیهذا این قسمت خواهشمند است احضاریه و شکوائیه پیوست را جهت هرگونه اقدام لازم به منظور جلوگیری از صدور حکم غیابی ، به مقام ذی ربط دولت جمهوری اسلامی ایران ارسال دارند .

این قسمت علاوه بر احضاریه و شکوائیه فوق الاشعار یک فقره اعلامیه دادخواهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد میدارد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ هفدهم دی ماه ۱۳۸۵ (۷ ژانویه ۲۰۰۷ )



پیوست : ۱- احضاریه ، شکوائیه ، اعلامیه دادخواهی
۲- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران

Case 1:06-cv-00596-RCL   Document 17   Filed 02/28/2007   Page 13 of 18

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )

I, Dorothea-Maria ROSEN, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 16088 dated December 20, 2006, which was transmitted to the Swiss Ministry of Foreign Affairs on December 21, 2006 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

*Dorothea-Maria Rosen*
(Signature of Consular Officer)

Dorothea-Maria ROSEN
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

January 22, 2007
(Date)

*Embassy of the United States of America*

December 20, 2006

CONS NO.            1  0 9 8

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Elizabeth Murphy, et al. v. The Islamic Republic of Iran, et al., Case No. 1:06CV00596(DDC)


REF:       ----


The Department of State has requested the delivery of the enclosed Summonses, Complaints and Notices of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of the case of Elizabeth Murphy, et al. v. Islamic Republic of Iran, et al., Case No. 1:06CV00596(DDC).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. The American Interests Section should transmit the Summonses, Complaints and Notices of Suit to the Iranian Ministry of Foreign Affairs under cover of a diplomatic note utilizing the language provided in the enclosed instructions. There are two defendants to be served in this case, the Islamic Republic of Iran and the Iranian Ministry of Information and Security.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute the certification of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are the appropriate parts of a message the Embassy received from the Department of State as well as two sets each of the Summonses, Complaints and Notices of Suit for the Iranian Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America   )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature]*
(Signature of Consular Officer)

Dorothea-Maria ROSEN
(Typed name of Consular Officer)

Consul General of the United States of America
(Title of Consular Officer)

January 22, 2007
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Eidgenössisches Departement für
auswärtige Angelegenheiten EDA**

24223

Referenz /Aktenzeichen:
K.252.22 USA/IRAN 110-1

Das Eidgenössische Departement für auswärtige Angelegenheiten bezieht sich auf die Note CONS No. 16088 vom 20. Dezember 2006 betr. die Übermittlung von Gerichtsakten im Fall Murphy Elizabeth et al. gegen die Islamische Republik Iran und das Iranische Ministerium für Information und Sicherheit, und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika in der Beilage folgende Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat:

- **Gerichtsakten: Judicial Assistance: 1:06CV00596 (DDC)**
- **Noten Nr. 1004-IE und 1005-IE vom 07. Januar 2007 und "Proof of Service", datiert vom 07. Januar 2007, sowie die Beglaubigung der Unterschrift durch die Schweizerische Bundeskanzlei datiert vom 16. Januar 2007.**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Noten Nr. 1004-IE und 1005-IE mit Bestätigung des 'proof of service', resp. 'evidence of delivery', **ohne Kommentar seitens des iranischen Aussenministeriums am 07. Januar 2007 zurückerhalten.**

Das Departement benützt auch diesen Anlass um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, 17. Januar 2007



Beilagen erwähnt

**An die Botschaft der Vereinigten
Staaten von Amerika**

**B e r n**

Informal Embassy translation from the German of SPP Note No. 24223 dated January 17, 2007:

"The Federal Department of Foreign Affairs, referring to Embassy's note No. 16088 of December 20, 2006 concerning the transmission of the court documents in the case of Elizabeth Murphy, et al v. the Islamic Republic of Iran and the Iranian Ministry of Information and Security has the honor to submit to the Embassy of the Untied States of America the following enclosures received from the American Interests Section of the Swiss Embassy in Tehran.

- **Court documents: Judicial Assistance: 1:06CV00596(DDC)**
- **Notes Nos. 1004-IE and 1005-IE dated January 7, 2007 and 'Proof of service' dated January 7, 2007 furnished with the authentication of signature made by the Swiss Federal Chancellery dated January 16, 2007**

The Interests Section received back the above mentioned court documents and its notes Nos. 1004-IE and 1005-IE with the 'Proof of service' and 'the evidence of delivery', respectively, on January 7, 2007 from the Iranian Ministry of Foreign Affairs with no comments.

Complimentary close.

Bern, January 17, 2007

Enclosures as stated"