UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich; Bryan Harris; Armando J. Ybarra; and John E. L'Heureux,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>and<br>THE IRANIAN MINISTRY OF INFORMATION AND SECURITY<br><br>    Defendants. | Civil Action No. 06-596 (RCL) |

## ORDER ENLARGING TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND NOTICE OF SUIT THROUGH DIPLOMATIC CHANNELS

Upon consideration of plaintiffs' motion [16] for an enlargement of time for service of the summons and complaint through diplomatic channels, it is hereby

ORDERED that time for service pursuant to Rule 4 of the Federal Rules of Civil Procedure shall be enlarged by 60 days from the date of entry of this Order, subject to any further motion to enlarge for good cause shown.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 21, 2007.