## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich;** <br> **Bryan Harris;** <br> **Armando J. Ybarra;** <br>    and <br> **John E. L'Heureux** <br><br>          Plaintiffs, <br><br> v. <br><br> **THE ISLAMIC REPUBLIC OF IRAN** <br>    and <br> **THE IRANIAN MINISTRY OF INFORMATION AND SECURITY** <br><br>          Defendants. | Civil Action No. 1:06CV00596 |

### Notice of Change of Address

Plaintiffs' counsel submits this notice of change of address, effective June 1, 2007.  The new address of counsel is:

> John W. Karr (Bar No. 57430)
> Theodore S. Allison (Bar No. 441089)
> KARR & ALLISON, P.C.
> 1300 19th Street, N.W., Suite 402
> Washington, D.C.  20036
>
> Telephone (202) 331-7600  (unchanged)
> Facsimile (202) 293-3999 (unchanged)

                              Respectfully submitted,


                                  /s/ Theodore S. Allison
                              John W. Karr   #57430
                              Theodore S. Allison   #441089

1

KARR & ALLISON, P.C.
1300 19th Street, N.W., Suite 402
Washington, DC 20036
202-331-7600

Attorneys for plaintiffs