## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich; Bryan Harris; Armando J. Ybarra;** and<br>**John E. L'Heureux**<br><br>Plaintiffs,<br><br>v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY**<br><br>Defendants. | : : : : : : : : : : : : : : : : | Civil Action No. 1:06CV00596 |

### ORDER

Upon consideration of plaintiffs' motion for entry of default, and it appearing that a response to the complaint was due on or before March 8, 2007, and it appearing, further, neither defendant The Islamic Republic of Iran  nor defendant The Iranian Ministry of Information and Security has filed an answer, pleading, or otherwise appeared in any form, it is, this ____ day of _____, 2007,

ORDERED, that the default of defendants The Islamic Republic of Iran and The Iranian Ministry of Information and Security be and hereby is entered.

IT IS SO ORDERED.

Dated_____                    _____
                                                     UNITED STATES DISTRICT JUDGE

Copy to:

John W. Karr
Theodore S. Allison
KARR & ALLISON, P.C.

1300 19th Street, N.W.   Suite 402
Washington, DC 20036