UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy, individually and as Administratrix of the Estate of Terrence Rich;**<br>**Bryan Harris;**<br>**Armando J. Ybarra;**<br>    and<br>**John E. L'Heureux**<br><br>            Plaintiffs,<br>    v.<br><br>**THE ISLAMIC REPUBLIC OF IRAN**<br>    and<br>**THE IRANIAN MINISTRY OF INFORMATION AND SECURITY**<br><br>            Defendants. | Civil Action No. 1:06CV00596 |

**Praecipe Withdrawing Motion for Entry of Default**

Plaintiffs hereby withdraw their motion for entry of default, having filed an Affidavit and Request for Entry of Default addressed to the Clerk.

Respectfully submitted,

  /s/ Theodore S. Allison
John W. Karr   #57430
Theodore S. Allison   #441089
KARR & ALLISON, P.C.
1300 19th Street, N.W., Suite 402
Washington, DC 20036
202-331-7600

Attorneys for plaintiffs

1