Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELIZABETH MURPHY, et al.

Plaintiff(s)

v.

Civil Action No. 06-596 (RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.

Defendant(s)

RE: THE ISLAMIC REPUBLIC OF IRAN

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 7, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk