UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Elizabeth Murphy**, individually and as Administratrix of the Estate of Terrence Rich; **Bryan Harris**; **Armando J. Ybarra**; and **John E. L'Heureux**, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY <br><br> Defendants. | Civil Action No. 06-596 (RCL) |

## ORDER

This matter came before the Court on the plaintiffs' motion [25] to take judicial notice of this Court's May 30, 2003, Findings of Fact and Conclusions of Law contained in the Memorandum Opinion, in the related case of *Peterson v. The Islamic Republic of Iran*, 264 F. Supp. 2d 46 (D.D.C. 2003) (Civil Action 01-2094 (RCL)), and it appearing to the Court that the said motion is for good cause shown, inasmuch as both of the aforesaid cases concern damages actions brought by or on behalf of American servicemen who were killed or injured in the October 23, 1983, bombing of the United States Marines Barracks in Beirut, Lebanon, it is hereby

ORDERED that the motion [25] is GRANTED; it is further

ORDERED that Judgment be entered on behalf of the plaintiffs Elizabeth Murphy, Personal Representative of the Estate of Terrence Rich (deceased), *et al.*, as to all issues of

liability against the defendants The Islamic Republic of Iran and the Iranian Ministry of Information and Security; it is further

ORDERED that all claims for compensatory damages in this action be submitted to special masters appointed by this Court in the related case of *Peterson* (Civil Action 01-2094 (RCL)), and it is further

ORDERED that, following the submission of reports and recommendations from the special master(s) to the Court, and upon due consideration of the evidence adduced and findings made in such proceedings, the Court will enter judgment as to each claim for compensatory damages.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 2, 2007.