# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIZABETH MURPHY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 06-cv-596 (RCL) |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued this day, it is hereby ORDERED that final judgment is entered in favor of plaintiffs and intervenors and against defendants, jointly and severally, in the amount $93,168,141.60.

It is hereby further ORDERED that plaintiffs are awarded damages as follows:

(1) Armando J. Ybarra, who survived the attack and brought claims of assault, battery, and intentional infliction of emotional distress, is awarded $5,000,000.00 to compensate pain and suffering, $2,123,146.00 to compensate economic loss, and $24,503,622.24 in punitive damages, totaling $31,626,768.24;

(2) John E. L'Heureux, who survived the attack and brought claims of assault, battery, and intentional infliction of emotional distress, is awarded $7,500,000.00 to compensate pain and suffering, $3,197,369.00 to compensate economic loss, and $36,798,949.36 in punitive damages, totaling $47,496,318.36;

(3) The Estate of Terrance Rich, which brought a claim for wrongful death, is awarded $1,545,055.00 to compensate economic loss;

  (4) Elizabeth Murphy, mother of decedent Terrance Rich, is awarded solatium in the amount of $5,000,000.00; and

  (5) Bryan Harris, half-brother of decedent Terrance Rich, is awarded solatium in the amount of $2,500,000.00.

It is hereby further ORDERED that plaintiffs in intervention are awarded damages as follows:

  (1) Mary E. Wells, mother of surviving serviceman John L'Heureux, is awarded solatium in the amount of $2,500,000.00;

  (2) Kerry M. L'Heureux, sister of surviving serviceman John L'Heureux, is awarded solatium in the amount of $1,250,000.00; and

  (3) Jane L. L'Heureux, sister of surviving serviceman John L'Heureux, is awarded solatium in the amount of $1,250,000.00.

It is hereby further ORDERED that, when any recovery is made, if such recovery is less than the full amount awarded, moneys recovered shall be apportioned immediately upon their receipt among plaintiffs in proportion to their respective damages awards.

It is hereby further ORDERED that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment and the Memorandum Opinion issued this date to defendants.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 24, 2010.